UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| MBIA INSURANCE CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>ALLY FINANCIAL INC. (f/k/a GMAC, LLC), IB FINANCE HOLDING COMPANY, LLC, ALLY BANK CORP. (f/k/a GMAC BANK), ALLY SECURITIES, LLC (f/k/a RESIDENTIAL FUNDING SECURITIES, LLC), and GMAC MORTGAGE GROUP, LLC,<br><br>Defendants. | Court File No.: 12-CV-02563 SRN/TNL<br><br><br>ORDER GRANTING STIPULATION<br>FOR DISMISSAL |

Based upon the parties' Stipulation for Dismissal, filed on February 3, 2014 [Doc. No. 50],

IT IS HEREBY ORDERED that the above-entitled action is dismissed with prejudice and without costs to any party.


Dated:  February 4, 2014               s/Susan Richard Nelson
                                        Susan Richard Nelson
                                        United States District Court Judge